# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Willard James Wimmer**; DOB: 1964; United States | DOCKET NO.<br>20-01545MJ |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i);1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about February 12, 2020, in the District of Arizona, **Willard James Wimmer**, knowing or in reckless disregard that certain aliens, namely Froylan Jimenez-Rosendo, Martin Ruiz-Torres, and Rafael Garcia-Anastacio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about February 12, 2020, in the District of Arizona, **Willard James Wimmer**, knowing that certain illegal aliens, Froylan Jimenez-Rosendo, Martin Ruiz-Torres, and Rafael Garcia-Anastacio, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Froylan Jimenez-Rosendo, Martin Ruiz-Torres, and Rafael Garcia-Anastacio so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Willard James Wimmer** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 12, 2020, in the District of Arizona, United States Border Patrol Agents (BPAs) were observing a 2020 Chevrolet Equinox that activated an image sensor near Whetstone, along a route commonly used to circumvent the State Route 90 checkpoint. A BPA observed the vehicle as it passed his location, and saw several individuals inside, including one peaking up over the seat from the cargo area. BPAs conducted an immigration inspection on the vehicle. All the passengers in the vehicle were in dark clothing, and covered in dirt and mud. The driver was identified as **Willard James Wimmer**. BPAs questioned the other five occupants, including Froylan Jimenez-Rosendo, Martin Ruiz-Torres, Rafael Garcia-Anastacio, and a juvenile, who all admitted they are citizens of Mexico, in the United States illegally.

In a post-*Miranda* statement, **Willard James Wimmer**, admitted he was hired to drive people from Douglas to Phoenix, and believed that the people he would be transporting were illegal aliens. He stated he expected to be paid about $300 per person. He further stated he was given instructions along the way as to the pickup location, and was told that the individuals would be coming out of the brush. After he picked up the group, he was given directions to avoid the checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Froylan Jimenez-Rosendo, Martin Ruiz-Torres, and Rafael Garcia-Anastacio

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA KCH/lmw | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 13, 2020 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54